IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CT-3136-BO

| | | |
|---|---|---|
| ARTEMIO GARCIA, JR., | ) | |
| | ) | <u>UNOPPOSED MOTION TO</u> |
| Plaintiff, | ) | <u>WITHDRAW AS COUNSEL</u> |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

Attorney Brandon Sample of Brandon Sample PLC respectfully moves for leave to withdraw as counsel for Plaintiff Artemio Garcia, Jr. in this matter. Mr. Sample is not a member of the bar of the Eastern District of North Carolina and is therefore unable to generally appear on Plaintiff's behalf. Mr. Sample does not seek leave to enter a special appearance consistent with Local Civil Rule 83.1. Plaintiff has been advised of Mr. Sample's intention to withdraw as his counsel. The Bureau of Prisons is unopposed to this motion.

Respectfully submitted,

/s/ Brandon Sample
Brandon Sample
**Brandon Sample PLC**
P.O. Box 250
Rutland, Vermont 05702
Tel: 802-444-4357
Fax: 802-779-9590
Bar Number: VT5573
E-mail: brandon@brandonsample.com
https://brandonsample.com

## CERTIFICATE OF CONFERENCE

On May 5, 2020, I conferred with AUSA Joshua Rogers concerning this motion and was advised that the Bureau of Prisons is unopposed to Mr. Brandon Sample's withdrawal from the case.

/s/Brandon Sample

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served this 5th day of May 2020 via CM/ECF on all counsel of record and via first-class mail, postage prepaid, on:

Mr. Artemio Garcia, Jr. #94992-279
FCI Butner Medium I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
BUTNER, NC  27509

/s/ Brandon Sample
Brandon Sample