IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CT-3136-BO

| | |
|---|---|
| ARTEMIO GARCIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on plaintiff's counsel's motion to withdraw as attorney of record under Local Rule 5.2(e). (DE 29). For good cause shown, the motion to withdraw (DE 29) is GRANTED and counsel's appearance for plaintiff in this action is terminated. Plaintiff is DIRECTED to file a notice of self-representation or cause new counsel to file a notice of appearance within **21 days** of this order. The failure to file a notice of self-representation or cause new counsel to file a notice of appearance may subject plaintiff to sanctions, including but not limited to dismissal or default judgment. A self-represented party is responsible for being familiar with and complying with all applicable rules and pending deadlines in this action. The Clerk of Court is DIRECTED to send the court's form notice of self-representation to plaintiff.

SO ORDERED. This ___ day of May 2020.

TERRENCE W. BOYLE
Chief United States District Judge