IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CT-3136-BO

| | |
|---|---|
| ARTEMIO GARCIA, JR., #94992-279, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

The court has received the civil rights complaint in the above-captioned action. In accordance with 28 U.S.C. §1915(a)(2), plaintiff is required to provide the court with a certified copy of the plaintiff's trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this complaint. **Notwithstanding, the Clerk's Office shall notify a designated prison official of the requirement and that official shall provide the trust fund account statement within twenty-one (21) days of the date of this order. Plaintiff should take no further action on this request unless notified by the court.**

Furthermore, federal law requires a prisoner bringing a civil action to pay the full filing fee of $350.00. 28 U.S.C. § 1915(b)(1). Upon receipt of the trust fund statement, the court will assess plaintiff's ability to pay the entire amount in one payment. If the court determines that plaintiff does not have sufficient funds to pay the filing fee at one time, the court will assess an **initial** partial filing fee. Thereafter, plaintiff will be required to make monthly payments of 20 percent of the deposits made to the trust fund during the preceding month, provided the amount in the trust fund account exceeds $10.00. **Payments will continue until the entire $350.00 fee has been paid in full. In cases with more than one plaintiff, each plaintiff will be assessed the $350.00 filing fee.**

SO ORDERED, this 2nd day of June 2020.

Robert B. Jones, Jr.
United States Magistrate Judge