IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CT-3136-BO

ARTEMIO GARCIA, JR.,            )
                                )
            Plaintiff,          )
                                )
    v.                          )           **ORDER**
                                )
FEDERAL BUREAU OF PRISONS,      )
                                )
            Defendant.          )

On August 6, 2019, plaintiff, a federal inmate proceeding through counsel, filed a complaint in the United States District Court for the District of Columbia, alleging that defendant Federal Bureau of Prisons ("BOP") violated the Religious Freedom Restoration Act, 42 U.S.C. § 2000bb et seq. ("RFRA") when it denied his request to have tattoos surgically removed from his body (DE 1). On November 13, 2019, BOP answered plaintiff's complaint (DE 8). On March 26, 2020, the District of Columbia granted BOP's motion to transfer the action to this court and stayed entry of a scheduling order (DE 25). On May 8, 2020, the court granted plaintiff's counsel's motion to withdraw as attorney of record (DE 31). On July 14, 2020, the court denied plaintiff's motion for appointment of counsel and referred this action to Magistrate Judge Robert B. Jones, Jr. for entry of a scheduling order (DE 41). On July 15, 2020, Magistrate Judge Jones granted plaintiff's motion to proceed without prepayment of fees (DE 42) and entered a scheduling order (DE 43). The matter is now before the court on plaintiff's letter filed August 21, 2020 (DE 44).

Plaintiff notifies the court that he paid the filing fee in full. See (DE 44) 1. Plaintiff further states, "The in forma pauper[i]s form that [he] sent the court had nothing to do with the filing fee. It pertained to [his] request for appointment of counsel." (DE 44-1) 5. The court's record shows that

plaintiff paid the filing fee in full when he filed his complaint on August 6, 2019. See (DE 1). Accordingly, the court VACATES the order allowing plaintiff to proceed without prepayment of fees (DE 42). The court further DIRECTS the clerk to collect no further filing fees from plaintiff and to refund any fees paid after the filing fee was paid in full.

SO ORDERED. This __1__ day of September 2020.

_____
TERRENCE W. BOYLE
Chief United States District Judge